UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WELLS FARGO ADVISORS, | No. C-12-01514 DMR |
| Plaintiff(s), | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| IRENE FAYE MAXWELL, | |
| Defendant(s). | |

The court orders the administrative closure of this case. The parties shall reopen the case by filing a joint status report within seven days of the lifting of the automatic bankruptcy stay.

IT IS SO ORDERED.

Dated: January 3, 2014

_____
DONNA M. RYU
United States Magistrate Judge